UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| | |
|---|---|
| PRO-COM PRODUCTS, INC.,<br><br>                              Plaintiff,<br>     v.<br><br>UNITED STATES,<br>                              Defendant. | SUMMONS<br><br>Court No. 25-cv-00191 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Chicago (3901) | Center (if known) | CEE003 |
|---|---|---|---|
| Protest Number: | 3901-22-127425 | Date Protest Filed: | 09/12/2022 |
| Importer: | PRO-COM PRODUCTS, INC. | Date Protest Denied: | 07/13/2025 |
| Category of Merchandise: | Hoverboards | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BVQ-0219587-2 | 04/09/2021 | 03/18/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Serhiy Kiyasov
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, IL 60602
Telephone: (312) 824-6195
Email: skiyasov@rocktradelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Hoverboards | 8711.60.0090/ 9903.88.02 | Free / 25% | 9503.00.00 OR 8711.60.00 excluded from China Section 301 tariffs per 9903.88.67 | Free/ Free |

**Other**

State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Liquidation and classification of the subject hoverboards under HTSUS 8711.60.0090/9903.88.02.

The issues which are common to all such denied protests:

Subject hoverboards should have been classified at liquidation as "wheeled toys" under 9503.00.00, HTSUS, without China Sec. 301 tariff. Alternatively, if classified under subheading 8711.60.00, subject hoverboards should have been eligible for the exclusion from China Sec. 301 tariff by meeting the description of the exclusion provided in U.S. Note 20(ttt)(ii)(31) of HTSUS Chapter 99, Subchapter III that corresponds to the above-claimed provisions under HTSUS subheading 9903.88.67.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

    Serhiy Kiyasov           September 1, 2025
         *Name*                    *Date*